IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE EINSTEIN ACADEMY CHARTER SCHOOL, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-2880 |
| TUTORBOTS, INC., ET AL, | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this ____ day of August, 2002, upon consideration of Plaintiff's Motion to Reinstate this Action and the Motion of One Hundred and Fourteen School Districts to Ask the Court to Reconsider Its Order Denying Their Motion to Intervene, it is hereby **ORDERED** that:

1. Plaintiff's Motion to Reinstate this Action (Document No. 8) is **GRANTED**.

2. Defendant Tutorbots, Inc. shall have twenty (20) days in which to file an answer to Plaintiff's Complaint.

3. The Motion of One Hundred and Fourteen School Districts to Ask the Court to Reconsider Its Order Denying Their Motion to Intervene (Document No. 11) is **DENIED**.

BY THE COURT:

_____
Berle M. Schiller, J.