IN THE UNITED STATES COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THE EINSTEIN ACADEMY** | : | |
| **CHARTER SCHOOL,** | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **TUTORBOTS, INC., ET AL.** | : | NO. 02-2880 |
| Defendants. | : | |

## ORDER

**AND NOW**, this     day of **November, 2002**, it is hereby **ORDERED** that:

1. Phillip Matthew Stinson, Sr. is removed as counsel for Defendants.

2. Any new counsel retained by Defendants shall file a notice of appearance with this Court by **November 21, 2002.** In the absence of such a filing by said date, the case shall proceed with Defendants acting pro se.

3. Plaintiff's Counsel shall serve a copy of this Order on Defendant Howard Mandel, President of Defendant Tutorbots, Inc. at the following address:

    Tutorbots, Inc.
    10 Shurs Lane
    Philadelphia, Pennsylvania 19127

**BY THE COURT**:

_____
**Berle M. Schiller, J.**