IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THE EINSTEIN ACADEMY          :          CIVIL ACTION
CHARTER SCHOOL                :
                             :
            v.               :
                             :
TUTORBOTS, INC.              :          NO. 02-CV-2880


ORDER

**AND NOW**, this        day of December, 2002, it is hereby **ORDERED** that:


1.      A **Rule 16 Conference** will be held in Chambers, Room 5614, on **Friday,**

**December 20, 2002 at 2:15 P.M.**   Counsel are directed to obtain copies of the

"Scheduling Policy Statement" and "Conference Information Report" from the

Court's website at  **http:www.paed.uscourts.gov**.   You should review the

Scheduling Policy Statement before completing the Conference Information

Report and bring the completed Conference Information Report with you to the

Rule 16 Conference.


2.      Plaintiff's Counsel shall serve a copy of this Order on Defendant Howard

Mandel, President of Defendant Tutorbots, Inc. at the following address:

                        Tutorbots, Inc.
                        10 Shurs Lane
                        Philadelphia, PA 19127

3.    Failure to appear at said Rule 16 Conference may result in sanctions.

**BY THE COURT:**

_____

**Berle M. Schiller, J.**