IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE EINSTEIN ACADEMY | : | |
| CHARTER SCHOOL, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TUTORBOTS, INC., ET AL. | : | No. 02-2880 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this         day of **January, 2003**, it is hereby **ORDERED** that:

Pursuant to Local Rule 5.1(b), comment b, Defendant Tutorbots, Inc. shall obtain counsel, who shall enter an appearance in the above-captioned matter.  Failure to comply with this Order by **February 21, 2003** may result in sanctions which may include a default judgment for Plaintiff.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**