IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE EINSTEIN ACADEMY | : | |
| CHARTER SCHOOL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TUTORBOTS, INC., ET AL. | : | No. 02-2880 |
| Defendants. | : | |

## ORDER

**AND NOW**, this        day of **March, 2003**, in light of the failure of Defendant Tutorbots, Inc., to comply with this Court's Order of January 23, 2003 requiring that entity to obtain counsel, it is hereby **ORDERED** that:

    Pursuant to Federal Rule of Civil Procedure 55, Default judgment is entered in favor of Plaintiff Einstein Academy against Defendant Tutorbots, Inc.

**BY THE COURT:**

_____
**Berle M. Schiller, J.**