IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE EINSTEIN ACADEMY | : | |
| CHARTER SCHOOL, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MIRIAM ROTHSCHILD and | : | |
| HOWARD MANDEL | : | No. 02-2880 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this         day of **May, 2003**, upon entry of the Consent Order on Plaintiff's Prayer for Permanent Injunction on May 19, 2003, it is hereby **ORDERED** that:

The Clerk of the Court is directed to close this case.


BY THE COURT:


_____

**Berle M. Schiller, J.**